**FILED**

**07/29/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: SEARCH WARRANT )
)                CAUSE NO. 1:21-mj-0707
)
)

**APPEARANCE**

Comes now, John E. Childress, Acting United States Attorney for the Southern District of

Indiana, by Michelle P. Brady, Assistant United States Attorney for the Southern District of

Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:     /s/Michelle P. Brady
        Michelle P. Brady
        Assistant United States Attorney